IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOX VALLEY CONSTRUCTION ) <br> WORKERS FRINGE BENEFIT FUNDS, ) <br> *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> WEAVER CONSTRUCTION, INC., ) <br> an Illinois corporation, ) <br> ) <br> Defendant. ) | CIVIL ACTION <br><br> NO. 07 C 5743 <br><br> JUDGE REBECCA R. PALLMEYER |

## **MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, WEAVER CONSTRUCTION, INC., an Illinois corporation, in the total amount of $8,289.86, plus Plaintiffs' costs and reasonable attorneys' fees in the amount of $918.00.

On October 18, 2007, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to him personally at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on November 7, 2007. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default judgment.

/s/   Beverly P. Alfon

# CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 6th day of December 2007:

> Mr. Todd Weaver, Registered Agent/President
> Weaver Construction, Inc.
> 1853 Dovetail Point
> Sycamore, IL 60178

and telefaxed the above-referenced document to the following non-CM/ECF participant on or before the hour of 4:00 p.m. this 6th day of December 2007:

> Ms. Tracy Weaver
> Weaver Construction, Inc.
> 1853 Dovetail Point
> Sycamore, IL 60178
> (815) 899-7852

/s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\Fvcwj\Weaver\motion for default judgment.bpa.df.wpd